UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASBESTOS DISEASE AWARENESS ORGANIZATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL REGAN, et al.,<br><br>Defendants. | Case No. 21-cv-03716-PJH<br><br>**ORDER EXTENDING DEADLINE TO ANSWER AND CONTINUING CMC**<br><br>Re: Dkt. No. 24 |

The court is in receipt of the parties' joint stipulation to (1) extend defendants' deadline to answer and (2) vacate the August 19, 2021 case management conference ("CMC") scheduled in this matter. Dkt. 24. The court hereby **GRANTS** the request to extend defendants' deadline to file an answer to October 18, 2021. The court will not, however, indefinitely vacate a CMC in this matter pending the parties' settlement discussions. Given that, the court **CONTINUES** the August 19, 2021 CMC to the court's January 20, 2022 CMC calendar.

**IT IS SO ORDERED.**

Dated: July 16, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge