TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

DEBRA J. CARFORA
Senior Trial Counsel
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-2640
Fax: (202) 514-8865
debra.carfora@usdoj.gov

*Attorneys for Defendant*

[Additional counsel listed on signature page]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ASBESTOS DISEASE AWARENESS ORGANIZATION, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MICHAEL REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency, *et al.*,<br><br>　　　　Defendant. | Case No. 4:21-cv-03716-PJH<br><br>**JOINT MOTION TO ENTER CONSENT DECREE** |

   Plaintiffs, Asbestos Disease Awareness Organization, American Public Health Association, Center for Environmental Health, Environmental Information Association, Safer Chemicals Healthy Families - A Program of Toxic-Free Future, Vermont Public Interest Research Group, Barry Castleman, ScD, Raja Flores, MD, Arthur Frank, MD, PhD, Phillip Landrigan, MD, MSc, Richard Lemen, PhD, MSPH, and Celeste Monforton,

DrPH, MPH, and Defendants Michael Regan in his official capacity as the Administrator of the United States Environmental Protection Agency and the United States Environmental Protection Agency (collectively "EPA") hereby jointly move the Court to enter the attached Consent Decree (attached as Exhibit A). In support of this stipulation, the parties state the following:

1. Plaintiffs' Complaint (ECF No. 1) alleges that EPA has failed to undertake a non-discretionary duty under section 6(b) of the Toxic Substances Control Act (TSCA), 15 U.S.C. § 2605(b)(4)(G), and that such alleged failure is actionable under TSCA section 20(a)(2), 15 U.S.C. § 2619(a)(2).

2. Plaintiffs allege that EPA has not completed the risk evaluation of asbestos by June 19, 2020, as required by TSCA, because it did not evaluate the risks of legacy uses and associated disposals of asbestos.

3. The Parties reached agreement on a proposed Consent Decree that requires EPA to complete Part 2 of its risk evaluation of asbestos by December 1, 2024.

4. The proposed Decree requires EPA to submit reports every six months on its progress toward in completing the Part 2 risk evaluation.

5. The Parties jointly request that the Court enter the proposed Consent Decree.

6. The Parties agree that the Consent Decree is fair, reasonable, and in the public interest. The Court should therefore enter the attached Consent Decree.

WHEREFORE, the Parties respectfully move the Court to enter the attached Consent Decree.

Respectfully submitted,

Date: October 13, 2021

Todd Kim
Assistant Attorney General

/s/ *Debra J. Carfora*
DEBRA J. CARFORA
Senior Trial Counsel

United States Department of Justice
Environmental & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-2640
Fax: (202) 514-8865
debra.carfora@usdoj.gov

*Attorneys for Defendant*

Date: October 13, 2021

/s/ *Robert M. Sussman*

ROBERT M. SUSSMAN
SUSSMAN & ASSOCIATES
3101 Garfield Street, NW
Washington, DC 20008
(202) 716-0118

RICHARD TOSHIYUKI DRURY
 LOZEAU DRURY LLP
(Cal. Bar No. 163559)
1939 Harrison Street, Suite 150
Oakland, CA 94612
(510) 836-4200
Email: Richard@LozeauDrury.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing JOINT MOTION TO ENTER CONSENT DECREE was served by Notice of Electronic Filing this 13th day of October 2021, upon all ECF registered counsel of record in each of the above-captioned cases using the Court's CM/ECF system.

/s/ *Debra J. Carfora*
Debra J. Carfora
Senior Trial Counsel