JEFFREY HUGHES
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3080
Email: jeffrey.hughes@usdoj.gov

*Attorney for Defendants*

[Additional counsel listed on signature page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ASBESTOS DISEASE AWARENESS ORGANIZATION, *et al.*,<br><br>                 Plaintiffs,<br><br>v.<br><br>MICHAEL REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency, *et al.*,<br><br>                 Defendants. | Case No. 4:21-cv-03716-PJH<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE MOTION FOR FEES AND COSTS BY 21 DAYS** |

Plaintiffs, Asbestos Disease Awareness Organization, American Public Health Association, Center for Environmental Health, Environmental Information Association, Safer Chemicals Healthy Families - A Program of Toxic-Free Future, Vermont Public Interest Research Group, Barry Castleman, ScD, Raja Flores, MD, Arthur Frank, MD, PhD, Phillip Landrigan, MD, MSc, Richard Lemen, PhD, MSPH, and Celeste Monforton, DrPH, MPH, and Defendants Michael Regan in his official capacity as the Administrator of the United States Environmental Protection Agency and the United States Environmental Protection Agency (collectively "EPA") hereby stipulate as follows:

WHEREAS, Plaintiffs' Complaint (ECF No. 1) alleged that EPA has failed to undertake a non-discretionary duty under section 6(b) of the Toxic Substances Control Act (TSCA), 15 U.S.C. § 2605(b)(4)(G), and that such alleged failure is actionable under TSCA section 20(a)(2), 15 U.S.C. § 2619(a)(2);

WHEREAS, Plaintiffs alleged that EPA had not completed the risk evaluation of asbestos by June 19, 2020, as required by TSCA, because it did not evaluate the risks of legacy uses and associated disposals of asbestos;

WHEREAS, the Parties reached agreement on a proposed Consent Decree that requires EPA to complete Part 2 of its risk evaluation of asbestos by December 1, 2024;

WHEREAS, the Parties jointly requested that the Court enter the proposed Consent Decree on October 13, 2021;

WHEREAS, the Court approved and entered the Consent Decree on October 13, 2021;

WHEREAS, Paragraph 7 of the Decree provides that the deadline for filing a motion for costs of litigation, including attorneys' fees, incurred prior to entry of the Decree is extended until sixty (60) days after entry of this Decree by the Court;

WHEREAS, the Plaintiffs obtained by stipulation and order, *see* Dkt. No. 29, a 90-day extension of time for filing a motion for costs of litigation, including attorneys' fees, incurred prior to the entry of the Decree;

WHEREAS, the Parties have negotiated in good faith and believe they will reach a resolution;

WHEREAS, the Parties agree that an additional 21 days will provide sufficient time to negotiate a resolution of Plaintiffs' claims;

WHEREAS, Paragraph 2 of the Decree provides that extension of a deadline set forth in the Decree may be effectuated by a written stipulation of the Parties with notice to the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties:

1. The first sentence of Paragraph 7 of the Decree is amended to state as follows: "The deadline for filing a motion for costs of litigation, including attorneys' fees, incurred prior to entry of this Consent Decree is hereby extended until one hundred seventy-one (171) days after the entry of this Consent Decree by this Court."

2. The remainder of Paragraph 7 is unchanged.

Respectfully submitted,

Date: March 14, 2022

    `   SUSSMAN & ASSOCIATES

/s/ Robert M. Sussman (with permission)

ROBERT M. SUSSMAN
SUSSMAN & ASSOCIATES
3101 Garfield Street, NW
Washington, DC 20008
(202) 716-0118

RICHARD TOSHIYUKI DRURY
LOZEAU DRURY LLP
(Cal. Bar No. 163559)
1939 Harrison Street, Suite 150
Oakland, CA 94612
(510) 836-4200
Email: Richard@LozeauDrury.com

*Attorneys for Plaintiffs*

Todd Kim
Assistant Attorney General

/s/ Jeffrey Hughes

JEFFREY HUGHES
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3080
Email: jeffrey.hughes@usdoj.gov

*Attorney for Defendants*

SO ORDERED on this 14 day of March, 2022.

_____
Phyllis J. Hamilton
United States District Judge