JEFFREY HUGHES
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3080
Fax: (202) 514-8865
jeffrey.hughes@usdoj.gov

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ASBESTOS DISEASE AWARENESS ORGANIZATION, *et al.*,<br><br>              Plaintiffs,<br><br>v.<br><br>MICHAEL REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency, *et al.*,<br><br>              Defendant. | Case No. 3:21-cv-03716-PJH<br><br>**DEFENDANTS' STATUS REPORT** |

      Defendants Michael Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency, and the United States Environmental Protection Agency (collectively "EPA") submit this status report pursuant to the Consent Decree (Dkt. No. 27) entered in this case:

      1.     Plaintiffs' Complaint (Dkt. No. 1) alleged that EPA had failed to undertake a non-discretionary duty under section 6(b)(4)(G) of the Toxic Substances Control Act (TSCA), 15 U.S.C. § 2605(b)(4)(G), and that such alleged failure was actionable under TSCA section 20(a)(2), 15 U.S.C. § 2619(a)(2).

2.      Plaintiffs alleged that EPA has not completed the risk evaluation of asbestos by June 19, 2020, as required by TSCA, because it did not evaluate the risks of legacy uses and associated disposals of asbestos.

3.      Before the case management conference, the Parties reached agreement on a proposed Consent Decree and jointly moved for its approval on October 13, 2021. *See* Dkt. No. 26.

4.      The Court entered the Consent Decree on October 13, 2021. *See* Dkt. No. 27.

5.      The Consent Decree requires EPA to complete Part 2 of its risk evaluation of asbestos by December 1, 2024. *See id.* ¶ 1.

6.      The Consent Decree requires EPA to submit reports every six months on its progress toward in completing the Part 2 risk evaluation. *See id.* ¶ 3.

7.      EPA published the draft scope document for Part 2 of the risk evaluation on December 29, 2021. *See* 86 Fed. Reg. 74,088 (Dec. 29, 2021). On February 10, 2022, EPA extended the end of the public comment period for the draft scope document from February 14, 2022 until March 1, 2022. *See* 87 Fed. Reg. 7,833 (Feb. 10, 2022). EPA published the final scope document on June 29, 2022. *See* 87 Fed. Reg. 38,746 (June 29, 2022).

8.      Additionally, the parties settled plaintiffs' claims for attorneys' fees, including costs. *See* Dkt. No. 37.

Respectfully submitted,

Date: October 13, 2022

/s/ *Jeffrey Hughes*
JEFFREY HUGHES
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3080
Fax: (202) 514-8865
jeffrey.hughes@usdoj.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing DEFENDANTS' STATUS REPORT was served by Notice of Electronic Filing this 13th day of October 2022, upon all ECF registered counsel of record in each of the above-captioned cases using the Court's CM/ECF system.

                                                /s/ *Jeffrey Hughes*
                                                Jeffrey Hughes