JEFFREY HUGHES
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3080
Fax: (202) 514-8865
jeffrey.hughes@usdoj.gov

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ASBESTOS DISEASE AWARENESS ORGANIZATION, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>MICHAEL REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency, *et al.*,<br><br>　　　　　　Defendant. | Case No. 3:21-cv-03716-PJH<br><br>**DEFENDANTS' STATUS REPORT** |

　　　　Defendants Michael Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency, and the United States Environmental Protection Agency (collectively "EPA") submit this status report pursuant to the Consent Decree (Dkt. No. 27) entered in this case:

　　　　1.　　Plaintiffs' Complaint (Dkt. No. 1) alleged that EPA had failed to undertake a non-discretionary duty under section 6(b)(4)(G) of the Toxic Substances Control Act (TSCA), 15 U.S.C. § 2605(b)(4)(G), and that such alleged failure was actionable under TSCA section 20(a)(2), 15 U.S.C. § 2619(a)(2).

2.	Plaintiffs alleged that EPA has not completed the risk evaluation of asbestos by June 19, 2020, as required by TSCA, because it did not evaluate the risks of legacy uses and associated disposals of asbestos.

3.	Before the case management conference, the Parties reached agreement on a proposed Consent Decree and jointly moved for its approval on October 13, 2021. *See* Dkt. No. 26.

4.	The Court entered the Consent Decree on October 13, 2021. *See* Dkt. No. 27.

5.	The Consent Decree requires EPA to complete Part 2 of its risk evaluation of asbestos by December 1, 2024. *See id.* ¶ 1.

6.	On August 2, 2023, EPA released a white paper titled "White Paper: Quantitative Human Health Approach to be Applied in the Risk Evaluation for Asbestos Part 2 – Supplemental Evaluation including Legacy Uses and Associated Disposals of Asbestos." EPA provided a 60-day comment period on the white paper, which ran from August 3, 2023 through October 2, 2023.

7.	The white paper, final questions identifying the scientific and technical issues on which EPA would like feedback, and public comments received by October 2, 2023 will be provided to peer reviewers for consideration. The letter peer review is expected to begin October 25, 2023, and end November 24, 2023. Feedback from the letter peer review will be considered by EPA in the development of the Part 2 risk evaluation for asbestos, a draft of which will be released subsequently for public comment, along with a separate response document to comments on the white paper.

Respectfully submitted,

Date: October 13, 2023

/s/ *Jeffrey Hughes*
JEFFREY HUGHES
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3080
Fax: (202) 514-8865
jeffrey.hughes@usdoj.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing DEFENDANTS' STATUS REPORT was served by Notice of Electronic Filing this 13th day of October 2023, upon all ECF registered counsel of record in each of the above-captioned cases using the Court's CM/ECF system.

                                                /s/ *Jeffrey Hughes*
                                                Jeffrey Hughes