JEFFREY HUGHES (N.Y. Bar No. 5367214)
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3080
Fax: (202) 514-8865
Email: jeffrey.hughes@usdoj.gov

*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ASBESTOS DISEASE AWARENESS ORGANIZATION, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>LEE ZELDIN,[1] in his official capacity as the Administrator of the United States Environmental Protection Agency, *et al.*,<br><br>            Defendants. | Case No. 4:21-cv-03716-PJH<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs Asbestos Disease Awareness Organization, American Public Health Association, Center for Environmental Health, Environmental Information Association, Safer Chemicals Healthy Families - A Program of Toxic-Free Future, Vermont Public Interest Research Group, Barry Castleman, ScD, Raja Flores, MD, Arthur Frank, MD, PhD, Phillip Landrigan, MD, MSc, Richard Lemen, PhD, MSPH, and Celeste Monforton, DrPH, MPH ("ADAO Plaintiffs") and Defendants Lee M. Zeldin, Administrator of the United States

---

[1] Administrator Lee Zeldin is substituted for former Administrator Michael S. Regan pursuant to Federal Rule of Civil Procedure 25(d).

1  Environmental Protection Agency, and the United States Environmental Protection Agency
2  (collectively "EPA") submit this stipulation of dismissal pursuant to the Consent Decree
3  entered in this case on October 13, 2021. Dkt. No. 27.
4    The Consent Decree provided that once (a) EPA completed Part 2 of its risk evaluation
5  of asbestos (Legacy Uses and Associated Disposals of Asbestos), and (b) the parties resolved
6  the ADAO Plaintiffs' claim for costs of litigation, this case shall be dismissed with prejudice.
7  *Id.* ¶ 17. The parties resolved the ADAO Plaintiffs' claim for costs of litigation in 2022, *see*
8  Dkt. No. 37, and EPA completed the final supplemental risk evaluation under the Toxic
9  Substances Control Act for asbestos—entitled Risk Evaluation for Asbestos Part 2:
10  Supplemental Evaluation Including Legacy Uses and Associated Disposals of Asbestos—on
11  November 26, 2024. *See* 89 Fed. Reg. 95777 (Dec. 3, 2024); *see id.* at 95779 (notice signed on
12  November 26, 2024).
13    Therefore, the Court should terminate the Consent Decree and dismiss this case with
14  prejudice.

Respectfully submitted,

Date: February 11, 2025

/s/ *Robert M. Sussman*
ROBERT M. SUSSMAN
SUSSMAN & ASSOCIATES
3101 Garfield Street, NW
Washington, DC 20008
(202) 716-0118
Email: bobsussman1@comcast.net

RICHARD TOSHIYUKI DRURY
LOZEAU DRURY LLP
(Cal. Bar No. 163559)
1939 Harrison Street, Suite 150
Oakland, CA 94612
(510) 836-4200
Email: Richard@LozeauDrury.com

*Attorneys for Plaintiffs*

**LISA LYNNE RUSSELL**
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ *Jeffrey Hughes*
JEFFREY HUGHES
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3080
Fax: (202) 514-8865
jeffrey.hughes@usdoj.gov

*Attorney for Defendants*

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Jeffrey Hughes, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

                                               */s/ Jeffrey Hughes*
                                              Jeffrey Hughes
                                              United States Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2025, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              */s/ Jeffrey Hughes*
                                              Jeffrey Hughes
                                              United States Department of Justice